UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GBF ENGINEERING, INC., a Florida Corporation,

        Plaintiff,

vs.

        Case No. 09-cv-11367
        Hon. Paul D. Borman

JOSEPH JOHN, an Individual, and CHILLY JOHN, an Individual, jointly and severally,

        Defendants.

---

## ORDER REJECTING PROPOSED ORDER SETTING ASIDE JUDGMENT AND DISMISSAL OF ACTION

    Judgment in this case was entered November 8, 2010. This case is closed. The Court rejects the proposed stipulation which seeks to set aside the judgment of November 8, 2010 claiming to then dismiss this action with prejudice, but then to make this action subject to reinstatement in the event of defendants' default. The proposed stipulation then concludes with the claim that this closes this case. This convoluted proposal does not "track".

    The Court notes that this case was closed on November 8, 2010. The proposed stipulation in reality seeks to reopen the case and/or permit the case to be reopened in the future, despite stating that it closes the case. The Court rejects the proposed order, and reiterates that this case was closed on November 8, 2008.

    SO ORDERED.

                                                          _____
                                                          PAUL D. BORMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: July 19, 2011

7085880.1 32513/128991